UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____
www.cand.uscourts.gov

Susan Y. Soong                                                                                      GENERAL COURT NUMBER
CLERK OF COURT                                                                                      510-637-3530

February 5, 2021

Re:  **Allplus Computer Systems Corp v. Cisco Systems, Inc.**
    21-cv-00918-KAW

Dear Counsel:

    This matter has been randomly assigned to United States Magistrate Judge Kandis A. Westmore for all purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case.  All parties shall complete the attached form documenting either consent or declination and e-file it with the Court by **February 19, 2021**.  This form can be found on the Court's website at www.cand.uscourts.gov. Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

    Susan Y. Soong
    Clerk, United States District Court

    _____
    Doug Merry, Deputy Clerk to
    Magistrate KANDIS A. WESTMORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLPLUS COMPUTER SYSTEMS CORP,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS INC,<br><br>Defendant. | Case No.  21-cv-00918-KAW<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )     **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( )     **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____          NAME: _____
                                  COUNSEL FOR
                                  (OR "PRO SE"): _____

                                  _____
                                  *Signature*