Isaac Walrath (CA 317767)
Benesch, Friedlander, Coplan & Aronoff LLP
One Market Street – Spear Tower
36th Floor
San Francisco, California 94105
Telephone:   (628) 600-2250
Facsimile:    (628) 221-5828
iwalrath@beneschlaw.com

Michael Meuti (CA 227939)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone:   (216) 363-4500
Facsimile:    (216) 363-4588
mmeuti@beneschlaw.com

*Attorneys for Defendant and
Counterclaimant, Cisco Systems, Inc.*

## IN THE UNITED STATE DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLPLUS COMPUTER SYSTEMS CORP., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 4:21-cv-00918-KAW <br><br> **DEFENDANT AND COUNTERCLAIMANT CISCO SYSTEMS, INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF AND COUNTERDEFENDANT ALLPLUS COMPUTER SYSTEMS CORP.'S MOTION FOR LEAVE OF COURT / EXTEND TIME TO FILE ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM** |
| CISCO SYSTEMS, INC., <br><br> Counterclaimant, <br><br> v. <br><br> ALLPLUS COMPUTER SYSTEMS CORP., <br><br> Counterdefendant. | |

NOTICE IS HEREBY GIVEN that Defendant and Counterclaimant Cisco Systems, Inc. does not oppose Plaintiff and Counterdefendant AllPlus Computer Systems Corp.'s Motion For Leave of Court / Extend Time to File Answer and Affirmative Defenses To Counterclaim. Dkt. No. 44.

Dated: June 11, 2021                      Respectfully submitted,

*s/ Isaac Walrath*
Isaac Walrath (CA 317767)
Benesch, Friedlander, Coplan & Aronoff LLP
One Market Street – Spear Tower
36th Floor
San Francisco, California 94105
Telephone:   (628) 600-2250
Facsimile:    (628) 221-5828
iwalrath@beneschlaw.com

Michael Meuti (CA 227939)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone:   (216) 363-4500
Facsimile:    (216) 363-4588
mmeuti@beneschlaw.com

**DEFENDANT'S NOTICE NON-OPPOSITION TO PLAINTIFF'S**
**MOTION FOR LEAVE OF COURT TO EXTEND TIME TO FILE ANSWER TO COUNTERCLAIM**
**Case No. 4:21-cv-00918-KAW**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of June 2021, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Isaac Walrath

Isaac Walrath
*Attorney for Defendant Cisco Systems, Inc.*